JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAM D. BRAVEBOY,<br><br>Petitioner,<br><br>v.<br><br>TONYA JAMES, Warden,<br><br>Respondent. | Case No. 2:20-cv-10609-JGB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition, IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: December 14, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE